**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1365**

_____

In Re:  CHRISTOPHER LEE NEAL,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(2:94-cr-00300-JAB-2; 1:08-cv-00458-JAB-WWD)

_____

Submitted:  July 21, 2009          Decided:  August 5, 2009

_____

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Christopher Lee Neal, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Neal petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas petition. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny as moot the motion to expedite and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED